# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JESUS GUADALUPE ROSALES,<br><br>    Defendant. | Case No. 2:17-cr-209-JAD-GWF<br><br>**ORDER**<br><br>ECF No. 30 |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, May 28, 2019 at 9:30 a.m., be vacated and continued to June 25, 2019, at 3:00 p.m.

DATED this __28th__ day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE