**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JESUS GUADALUPE ROSALES,<br><br>  Defendant. | Case No. 2:17-cr-209-JAD-GWF<br><br>**ORDER**<br><br>ECF No. 32 |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, June 25, 2019 at 3:00 p.m., be vacated and continued to September 4, 2019, at the hour of 1:30 p.m.

DATED this 21st day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE