# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-209-JAD-EJY |
|---|---|
| Plaintiff, | **ORDER** |
| v. | ECF No. 35 |
| JESUS GUADALUPE ROSALES, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, September 4, 2019 at 1:30 p.m., be vacated and continued to September 30, 2019, at 11:00 a.m.

DATED this __23rd__ day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE