LANCE J. HENDRON, ESQ.
Nevada Bar No. 11151
**LANCE J. HENDRON, ATTORNEY AT LAW, LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Attorney for Defendant, *Jesus Guadalupe Rosales*

**UNITED STATES DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **JESUS GUADALUPE ROSALES**, <br><br> Defendant. | CASE No.: 2:17-cr-00209-JAD-EJY <br><br> **STIPULATION TO CONTINUE SENTENCING** |

IT IS HEREBY STIPULATED BY AND BETWEEN Defendant, JESUS GUADALUPE ROSALES, through his counsel, LANCE J. HENDRON, ESQ. of the law firm of Lance J. Hendron, Attorney at Law, LLC, and Plaintiff, United States of America, through its counsel, Nicholas A. Trutanich, United States Attorney, Kimberly Frayn, Assistant United States Attorney, that the Sentencing in the above-captioned matter currently set for September 30, 2019 at 11:00 a.m. be continued to at least 90 days.

This Stipulation is entered into for the following reasons:

1. That counsel for Defendant was recently appointed in this matter;

2. That counsel for Defendant has spoken with Ms. Frayn, Assistant United States Attorney, who has no objection to the continuance;

3. That Defendant is in custody and has no objection to the continuance;

4. Additionally, denial of this request for continuance could result in a miscarriage of justice; and

5. In addition, the continuance sought is not for delay and the ends of justice are in fact served by the granting of such continuance which outweigh any interest of the public and the defendant in proceeding with sentencing on September 30, 2019.

DATED this __27__ day of September, 2019.

Respectfully Submitted,

__/s/ L. Hendron_____
Lance J. Hendron, Esq.
Attorney for Defendant,
Jesus Guadalupe Rosales

__/s/ Kimberly Frayn_____
Nicholas A. Trutanich, Esq.
United States Attorney
Kimberly Frayn,
Assistant United States Attorney
Attorney for United States

LANCE J. HENDRON, ESQ.
Nevada Bar No. 11151
**LANCE J. HENDRON, ATTORNEY AT LAW, LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Attorney for Defendant, *Jesus Guadalupe Rosales*

**UNITED STATES DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | CASE No.: 2:17-cr-00209-JAD-EJY |
| Plaintiff, | |
| vs. | |
| **JESUS GUADALUPE ROSALES**, | |
| Defendant. | |

## FINDINGS OF FACTS

Based on the pending Stipulation of Counsel, and good cause appearing therefore, the Court finds that:

1. That counsel for the Defendant was recently appointed in this matter;

2. That Mr. Hendron has spoken to Ms. Frayn, Assistant United States Attorney, and she has no objection to this continuance;

3. That Defendant is in custody and has no objection to the continuance;

4. That denial of this request for continuance could result in a miscarriage of justice; and

5. In addition, the continuance sought is not for delay and the ends of justice are in fact served by granting of such continuance which outweigh any interest of the public and the defendant in proceeding with sentencing on September 30, 2019.

## **ORDER**

IT IS HEREBY ORDERED, that the Sentencing hearing, currently scheduled for September 30, at the hour 11:00 a.m., be vacated and continued to January 6, 2020, at the hour of 11:00 a.m.

DATED this 27th day of September, 2019.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

LANCE J. HENDRON,
ATTORNEY AT LAW, LLC
625 S. EIGHTH STREET
LAS VEGAS, NEVADA 89101
TEL (702) 758-5858 • FAX (702) 387-0034